IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL D. SEILER, SR. | ) |
|                  Petitioner, | ) Civil Action No. 12-347 |
| v. | ) Chief District Judge Gary L. Lancaster/ |
| | ) Magistrate Judge Cynthia Reed Eddy |
| SUPERINTENDENT SCI-COAL TOWNSHIP; *ET AL.*, | ) |
|                  Respondents. | ) |

## MEMORANDUM ORDER

On February 28, 2012, the above captioned case was initiated by the filing of a Petition for Writ of Habeas Corpus (ECF No. 1) and was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

The magistrate judge filed a Report and Recommendation on February 20, 2013 (ECF No. 19) recommending that the Petition for Writ of Habeas Corpus be denied and that a certificate of appealability be denied. Petitioner was served with the Report and Recommendation at his listed address and was advised that he had fourteen days to file written objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, **IT IS HEREBY ORDERED**, this 15TH day of March, 2013, that the Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED** and a certificate of appealability is also **DENIED**.

1

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 19) is **ADOPTED** as the Opinion of the Court and the Clerk of Court shall mark this case **CLOSED**.

**IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

/Hon. Gary L. Lancaster
Chief United States District Judge

cc: Hon. Cynthia Reed Eddy,
United States Magistrate Judge

Carl D Seiler, JN-0569
SCI Coal Township
1 Kelley Drive
Coal Township, PA 17866-1020

Anthony S. Iannamorelli
Fayette County District Attorney
61 East Main Street
Fayette County Courthouse
Uniontown, PA 15401